UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Criminal Case No.   15-cr-00201-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  EMERY WAYNE TROMBLEY,

      Defendant.

---

### ORDER

---

      This matter is before the Court upon a review of the file.  To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

      ORDERED that all pretrial motions shall be filed by **Friday, June 17, 2016,** and responses to these motions shall be filed by **Tuesday, June 28, 2016.**  It is

      FURTHER ORDERED that a 5-day jury trial is set to commence **Monday, July 11, 2016, at 9:00 a.m., in Courtroom A-1002.**  Finally, it is

      ORDERED that the parties shall promptly contact the Court if a hearing on pending motions or final trial preparation conference needs to be set.

      Dated:  April 27, 2016.

                                                  BY THE COURT:

                                                  /s/ Wiley Y. Daniel
                                                  Wiley Y. Daniel
                                                  Senior United States District Judge